```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BRYAN VELAZQUEZ, Individually and on Behalf of All                     :
Others Similarly Situated,                                             :
                                                                       :
                              Plaintiff,          :   22 Civ. 6510 (JPC)
                                                  :
              -v-                                 :        ORDER
                                                  :
NORMA KAMALI, INC.,                               :
                                                  :
                              Defendant.          :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint on August 1, 2022, Dkt. 1, but the docket reflects that the Complaint was never served on Defendant. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed.

Plaintiff must file a letter advising the Court why Plaintiff has failed to serve the summons and Complaint within the 90-day period, or, if Defendant has been served, when and in what manner such service was made. If the Court does not receive a letter by November 17, 2022, showing good cause why such service was not made within the 90 days, the Court will dismiss the case.

SO ORDERED.

Dated: November 10, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge